IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JESSICA LOSEKE,

                  Plaintiff,                                8:23CV537

       vs.

                                            ORDER

MENARD, INC., a Wisconsin Corporation;

                  Defendant.

 

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 46) is granted and Robert W. Futhey is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Robert W. Futhey in this case.

Dated this 14th day of March, 2025.

                                      BY THE COURT:

                                      s/Michael D. Nelson
                                      United States Magistrate Judge