IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JESSICA LOSEKE,

Plaintiff,

vs.

MENARD, INC., a Wisconsin Corporation,

Defendant.

**8:23CV537**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 85).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own attorneys' fees, costs, and expenses.

Dated this 11th day of February, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge